UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROOKS, | No. 2:18-cv-0374-EFB P |
| Plaintiff, | |
| v. | ORDER |
| S. LEE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. To proceed with a civil action a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis. He has, however, requested a court order directing CDCR officials to submit a copy of his inmate trust account statement for the last six months. *See* ECF No. 2 (alleging that prison officials have not responded to plaintiff's request for the same).

Accordingly, the court will grant plaintiff 30 days from the date of service of this order to submit the application required by § 1915(a). If plaintiff continues to experience delay in obtaining his certified trust account statement, he may submit his application without it. In that case, the court will order CDCR to submit the trust account statement directly to the court. The

Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this action.

So ordered.

DATED: February 21, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE