UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROOKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. LEE, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-374-WBS-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to provide new instructions for service of process upon defendant Lee, as directed by this court's July 17, 2019 order.

Plaintiff's request (ECF No. 27) is granted and plaintiff has 30 days from the date this order is served to return the completed USM-285 form with new instructions for service on defendant Lee.

So ordered.

Dated: July 24, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE