UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROOKS, | No. 2:18-cv-0374 WBS JDP (PC) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| S. LEE, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 18, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 18, 2021, are adopted in full;

2. Defendant S. Lee's motion to dismiss, ECF No. 38, is granted in part, and all claims

1

against him are dismissed;

    3.  Defendant S. Lee's motion is denied in all other respects; and

    4.  Plaintiff is granted sixty days from the date of this order to file an amended complaint.

Dated:  April 1, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE