UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROOKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. LEE,<br><br>　　　　Defendant. | No. 2:18-cv-0374-WBS-JDP (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME<br><br>ECF No. 56 |

　　　Plaintiff filed a motion for extension of time to file an amended complaint. For good cause shown, it is hereby ordered that:

　　　1. Plaintiff's motion for an extension of time, ECF No. 56, is granted; and

　　　2. Plaintiff has fifteen days from the date of entry of this order to file an amended complaint.

IT IS SO ORDERED.

Dated:　　June 8, 2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE