UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROOKS,<br><br>              Plaintiff,<br><br>     v.<br><br>J. LEE, *et al.*,<br><br>              Defendants. | Case No.  2:18-cv-00374-WBS-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 69 |

On April 8, 2022, the court referred this case to the Post-Screening Alternative Dispute Resolution ("ADR") Project and stayed the case for 120 days so that the parties can participate in a settlement conference. ECF No. 68. Plaintiff has since filed a motion that asks for a sixty-day extension of time to respond to defendants' answer and file discovery related motions. ECF No. 68.

A plaintiff is permitted to file a reply to an answer only when the court orders him to do so. Fed. R. Civ. P. 12(a)(1)(C). Because the court has not ordered plaintiff to file a response to defendants' answer, no extension is needed. Moreover, under the court's April 8 order, the parties are prohibited from engaging in formal discovery during the 120-day stay.[1] ECF No. 68 at

---

[1] However, the parties are permitted to engage in informal discovery during the stay. If the case does not settle, the court will issue a scheduling order and allow the parties to conduct formal discovery.

1

2. Thus, there is no basis for granting an extension to file discovery related motions.

Accordingly, it is hereby ORDERED that plaintiff's motion for an extension of time, ECF No. 69, is denied.

IT IS SO ORDERED.

Dated: ___April 21, 2022___    _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2