UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROOKS,<br><br>  Plaintiff,<br><br>  v.<br><br>J. LEE, *et al.*,<br><br>  Defendants. | Case No.  2:18-cv-00374-TLN-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO VACATE THE SETTLEMENT CONFERENCE<br><br>ECF No. 77 |

    Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.  On July 13, 2022, defendants filed a motion to vacate the settlement conference set for July 22, 2022.

    Good cause appearing, it is hereby ORDERED that defendants' motion, ECF No. 77, is granted, and the settlement conference set for July 22, 2022, is vacated.

IT IS SO ORDERED.

Dated:    July 14, 2022    
                                    JEREMY D. PETERSON  
                                    UNITED STATES MAGISTRATE JUDGE