UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROOKS,<br><br>        Plaintiff,<br><br>    v.<br><br>S. LEE, *et al.*,<br><br>        Defendants. | Case No.  2:18-cv-00374-WBS-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER<br><br>ECF No. 83 |

      Plaintiff moves to modify the July 15, 2022 scheduling order to allow additional time to complete discovery.  ECF No. 83.  Good cause appearing, the motion is granted.

      Accordingly, it is hereby ORDERED that:

      1. Plaintiff's motion to modify the scheduling order, ECF No. 83, is granted.

      2. The deadline for completing discovery, including filing all motions to compel discovery, is extended to February 27, 2023.

      3. The deadline for filing dispositive motions is extended to May 15, 2023.

IT IS SO ORDERED.

Dated:   January 5, 2023

1
2                       JEREMY D. PETERSON
                       UNITED STATES MAGISTRATE JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28