1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RODNEY BROOKS,                            Case No.  2:18-cv-00374-WBS-JDP (PC)

12                    Plaintiff,               ORDER GRANTING PLAINTIFF'S MOTION
                                               TO MODIFY THE SCHEDULING ORDER
13           v.
                                               ECF No. 86
14    S. LEE, *et al.*,

15                    Defendants.

16

17

18          Plaintiff moves to modify the July 15, 2022 scheduling order to allow additional time to

19    comply with the discovery deadlines.  ECF No. 86.  Defendants filed a statement of non-

20    opposition to plaintiff's motion and requested that the court extend the dispositive motion

21    deadline if plaintiff's motion is granted.  ECF No. 87.  Good cause appearing, plaintiff's motion

22    is granted.

23          Accordingly, it is hereby ORDERED that:

24          1.  Plaintiff's motion to modify the scheduling order, ECF No. 86, is granted.

25          2.  The deadline for completing discovery, including filing all motions to compel

26    discovery, is extended to May 8, 2023.

27          3.  The deadline for filing dispositive motions is extended to July 21, 2023.

28

IT IS SO ORDERED.

Dated:    March 24, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE