UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROOKS,<br><br>    Plaintiff,<br><br> v.<br><br>S. BEASLEY, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-00374-WBS-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE MARCH 14, 2024 FINDINGS AND RECOMMENDATIONS<br><br>ECF No. 109<br><br>OBJECTIONS DUE WITHIN THIRTY DAYS |

  Plaintiff has filed a motion for an extension of time to file objections to the March 14, 2024 findings and recommendations. ECF No. 109.

  Good cause appearing, it is hereby ORDERED that:

  1. Plaintiff's motion for an extension of time, ECF No. 109, is granted.

  2. Plaintiff is granted thirty days from the date of this order to file objections to the March 14, 2024 findings and recommendations.

IT IS SO ORDERED.

Dated:   April 10, 2024            /s/ Jeremy Peterson
                       JEREMY D. PETERSON
                       UNITED STATES MAGISTRATE JUDGE