|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| RODNEY BROOKS, | Case No. 2:18-cv-00374-WBS-JDP (PC) |
| Plaintiff, | **ORDER** |
| v. | GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION |
| S. BEASLEY, *et al.*, | |
| Defendants. | ECF No. 111 |

On March 14, 2024, I recommended that defendants' motion for summary judgment be granted. ECF No. 108. Those recommendations are still pending, and plaintiff has moved for an extension of time to file an opposition to the motion for summary judgment. ECF No. 111. Therein, he argues that he needs the additional time because a technical error has affected the prison law library program. *Id.* at 1. Any response at this point is massively tardy. Nevertheless, out of an abundance of caution and in recognition of plaintiff's *pro se* prisoner status, I will grant his motion.

1

1    It is ORDERED that plaintiff's motion for extension of time, ECF No. 111, is
2 GRANTED.  Plaintiff's opposition is due fifteen days from the date of this order's entry.
3 Defendants may file an amended reply within fourteen days of plaintiff's opposition.  If plaintiff
4 does not submit an opposition within the fifteen-day deadline, the recommendations will be
5 submitted as they stand and no further motions for extension of time will be considered.

7 IT IS SO ORDERED.

9 Dated:    June 10, 2024                             _____
                                                      JEREMY D. PETERSON
10                                                    UNITED STATES MAGISTRATE JUDGE

2