UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROOKS,<br><br>Plaintiff,<br><br>v.<br><br>S. BEASLEY, et al.,<br><br>Defendants. | Case No. 2:18-cv-00374-WBS-JDP (PC)<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 14, 2024, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations on July 8, 2024.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 14, 2024 are adopted in full;

2. Defendants' motion for summary judgment, ECF No. 103, is granted and judgment is entered in their favor;

3. Plaintiff's motion to stay ruling, ECF No. 104, is denied; and

4. The Clerk of Court is directed to close this action.

Dated: July 11, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE